**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2476**

---

SIMON BANKS, t/a Job Protectors,

Plaintiff - Appellant,

versus

THE WASHINGTON POST COMPANY; SANDRA TORRY, Re-
porter in her official capacity; NANCY LEWIS,
Reporter in her official capacity; BILL
MILLER, Reporter in his official capacity,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  Richard L. Williams, Senior
District Judge.  (CA-96-822-A)

---

Submitted:  October 23, 1997      Decided:  November 13, 1997

---

Before HAMILTON and WILLIAMS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Simon Banks, Appellant Pro Se.  Kevin Taylor Baine, WILLIAMS &
CONNOLLY, Washington, D.C., for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order dismissing Appellant's action raising federal civil rights claims and various state law claims. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Banks v. Washington Post Co.</u>, No. CA-96-822-A (E.D. Va. Sept. 13, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>